# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Michelle Gunn et al,

Plaintiff(s),

v.

Stevens Security & Training Services, Inc. et al ,

Defendant(s).

Case No. 17 CV 6314
Judge Sharon Johnson Coleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Michelle Gunn, Martinez Haymer, Jacob Saunders, Michael Watson and against defendant(s) Stevens Security & Training Services, Inc., Al Stevens in the amount of $176,692.14 and $275,000 in attorney fees ,

which ☐ includes   pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge   without a jury and the above decision was reached.
☒ decided by Judge Sharon Johnson Coleman on a motion for summary judgment and attorney fees.

Date: 9/18/2020

Thomas G. Bruton, Clerk of Court

Yvette Montanez, Deputy Clerk